UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SMITH, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LITHIA DC, INC., a corporation, DAIMLERCHRYSLER CORPORATION, a corporation, and Does One through Twenty,<br><br>　　　　　　　Defendants. | Case No. C06-07287 TEH<br><br>**STIPULATION AND** [PROPOSED]<br>**ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**
    ☒ Private ADR (*please identify process and provider*): Mediation; provider to be agreed upon by all parties after the ruling on the Class Certification Motion.

The parties agree to hold the ADR session by:
    ☐ the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

    ☒ other requested deadline: within 90 days after ruling on the Class Certification Motion.

DATED: March 19, 2007.

CALIFORNIA LEMON LAWYERS

By _____
Kevin Michael Faulk
Scott R. Kaufman
Attorneys for Plaintiff Stephen Smith

DATED: _____, 2007.

REED SMITH LLP

By _____
Stephen G. Blitch
Julia C. Butler

BRYAN CAVE LLP
Kathy A. Wisniewski
John W. Rogers
Elizabeth Teutenberg Ferrick

Attorneys for Defendant DaimlerChrysler Corporation

DATED: _____, 2007.

LEACH, McGREEVY & LABRADOR, LLP

By _____
Peter C. Labrador
Brian Leach
Attorneys for Defendant/Cross-Claimant Lithia DC, Inc.

**Private Process:**

☒ Private ADR *(please identify process and provider)*: **Mediation; provider to be agreed upon by all parties after the ruling on the Class Certification Motion.**

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline: **within 90 days after ruling on the Class Certification Motion.**

DATED: _____, 2007.

CALIFORNIA LEMON LAWYERS

By_____
Kevin Michael Faulk
Scott R. Kaufman
Attorneys for Plaintiff Stephen Smith

DATED: March 19, 2007.

REED SMITH LLP

By /s/ Julia Butler
Stephen G. Blitch
Julia C. Butler

BRYAN CAVE LLP
Kathy A. Wisniewski
John W. Rogers
Elizabeth Teutenberg Ferrick

Attorneys for Defendant DaimlerChrysler Corporation

DATED: _____, 2007.

LEACH, McGREEVY & LABRADOR, LLP

By_____
Peter C. Labrador
Brian Leach
Attorneys for Defendant/Cross-Claimant Lithia DC, Inc.

**Private Process:**

☒ Private ADR (*please identify process and provider*): **Mediation; provider to be agreed upon by all parties after the ruling on the Class Certification Motion.**

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

☒ other requested deadline: **within 90 days after ruling on the Class Certification Motion.**

DATED: _____, 2007.

                      CALIFORNIA LEMON LAWYERS

                      By_____
                      Kevin Michael Faulk
                      Scott R. Kaufman
                      Attorneys for Plaintiff Stephen Smith

DATED: _____, 2007.

                      REED SMITH LLP

                      By_____
                      Stephen G. Blitch
                      Julia C. Butler

                      BRYAN CAVE LLP
                      Kathy A. Wisniewski
                      John W. Rogers
                      Elizabeth Teutenberg Ferrick

                      Attorneys for Defendant DaimlerChrysler Corporation

DATED: March 16, 2007.

                      LEACH, McGREEVY & LABRADOR, LLP

                      By_____
                      Peter C. Labrador
                      Brian Leach
                      Attorneys for Defendant/Cross-Claimant Lithia DC, Inc.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
  X Private ADR

Deadline for ADR session
    X 90 days from the date of ~~this order.~~ the Court's ruling on Plaintiff's class certification motion.
    other

IT IS SO ORDERED.

Dated: _____03/20/07_____



UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

Judge Thelton E. Henderson