|   |   |
|---|---|
| 1 | MARTE BASSI, ESQ. (SBN 130882) |
|   | JOSEPH B. ADAMS, ESQ. (SBN 194964) |
| 2 | PANG LY, ESQ. (SBN 209881) |
|   | **BASSI, MARTINI, EDLIN & BLUM** LLP |
| 3 | 351 California Street, Suite 200 |
|   | San Francisco, CA 94104 |
| 4 | Telephone:   (415) 397-9006 |
|   | Facsimile:    (415) 397-1339 |
| 5 |   |
|   | Attorneys for DEFENDANT |
| 6 | **LITHIA DC, INC.,** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN SMITH, an individual, on behalf of himself and all others similarly situated, | ) ) ) | CASE NO.   C 06-07287 (TEH) |
|---|---|---|
| Plaintiff, | ) ) | **SUBSTITUTION OF ATTORNEY FOR DEFENDANT LITHIA DC, INC.,** |
| vs. | ) ) | [~~PROPOSED~~] **ORDER APPROVING OF SUBSTITUTION** |
| LITHIA DC, INC., a corporation, DAIMLERCHRYSLER CORPORATION, a corporation, and DOES One through Twenty, | ) ) ) ) |   |
| Defendants. | ) ) ) ) |   |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that:

The law offices of BASSI, MARTINI, EDLIN & BLUM, LLP, has substituted as attorneys of record for Defendant <u>LITHIA DC, INCORPORATED</u> ("LITHIA") in this action.

////

////

The contact information for the law offices of BASSI, MARTINI, EDLIN & BLUM, LLP, is:

Marte Bassi, Esq. (mbassi@bmeblaw.com)
Joseph B. Adams, Esq. (jadams@bmeblaw.com)
Pang Ly, Esq. (ply@bmeblaw.com)
351 California Street, Suite 200
San Francisco, California 94104
PH: 415-397-9006
FAX: 415-397-1339

All further and future correspondence, notices and other matters pertaining to this action shall be provided to the address above.

I consent to this substitution.

_____     Dated: 5/3/07
LITHIA DC, INC.

I consent to this substitution

_____     Dated: 5/4/07
Peter Labrador, Esq.
LEACH, McGREEVEY & LABRADOR, LLP

I accept this substitution

_____     Dated: 5/2/07
Joseph B. Adams, Esq.
BASSI, MARTINI, EDLIN & BLUM, LLP

## ORDER

The substitution of attorney for Defendant <u>Lithia DC, Incorporated</u> is hereby accepted and approved by the Court.

**IT IS SO ORDERED.**

DATED: __05/14__, 2007

_____
Hon. Thelton E. Henderson
Judge of the United States District Court
ict of California

*[Signature and seal: Judge Thelton E. Henderson, United States District Court, Northern District of California]*