Stephen G. Blitch (SBN 70193)
sblitch@reedsmith.com
Julia C. Butler (SBN 199133)
jbutler@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:    510.273.8832

Kathy A. Wisniewski (appearance *pro hac vice*)
kawisniewski@bryancave.com
John W. Rogers (appearance *pro hac vice*)
jwrogers@bryancave.com
Elizabeth Teutenberg Ferrick (appearance *pro hac vice*)
elizabeth.ferrick@bryancave.com
BRYAN CAVE LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Telephone:   314.259.2000
Facsimile:    314.259.2020

Attorneys for Defendant DaimlerChrysler Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SMITH, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LITHIA DC, INC., a corporation, DAIMLERCHRYSLER CORPORATION, a corporation, and Does One through Twenty,<br><br>Defendants. | Case No. C06-07287 TEH<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DAIMLERCHRYSLER CORPORATION TO RESPOND TO LITHIA DC, INC.'S CROSS-CLAIM**<br><br>Honorable Thelton E. Henderson |

This Stipulation is entered into by and between Defendant and Cross-Defendant DaimlerChrysler Corporation ("DCC") and Defendant and Cross-Claimant Lithia DC, Inc. ("Lithia") through their counsel and is based upon the following:

1. On September 21, 2006, Plaintiff filed a complaint for damages, injunctive and other equitable relief against DCC and Lithia in Contra Costa Superior Court. On November 27, 2006, DCC removed this action to this Court.

2. On March 12, 2007, Lithia answered Plaintiff's complaint and cross-claimed against DCC.

3. In response to the cross-claim, on April 5, 2007, DCC filed a motion to dismiss Lithia's cross-claim. Instead of an opposition, on April 23, 2007, Lithia filed an amended answer and amended cross-claim against DCC.

4. DCC's deadline to respond to Lithia's amended cross-claim is May 10, 2007. On May 8, 2007, DCC's counsel requested an extension of time to and including May 18, 2007 to respond to the cross-claim. Lithia's counsel granted that request. Thus, DCC and Lithia stipulate and agree that DCC shall have to and including May 18, 2007 to file and serve a response to Lithia's amended cross-claim.

SO STIPULATED.

[Signatures on next page.]

DATED: May 14, 2007.

REED SMITH LLP

By _____
Stephen G. Blitch
Julia C. Butler

BRYAN CAVE LLP
Kathy A. Wisniewski
John W. Rogers
Elizabeth Teutenberg Ferrick

Attorneys for Defendant and Cross-Defendant DaimlerChrysler Corporation

DATED: May 14, 2007.

BASSI, MARTINI, EDLIN & BLUM LLP

By _____
Marte Bassi
Joseph B. Adams
Pang Ly

Attorneys for Defendant and Cross-Claimant Lithia DC, Inc.



IT IS SO ORDERED
Judge Thelton E. Henderson
05/15/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCSOAK-9872708.1

Stipulation for Extension of Time for DaimlerChrysler Corporation to Respond to Lithia DC, Inc.'s Cross-Claim