Stephen G. Blitch (SBN 70193)
Julia C. Butler (SBN 199133)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone: 510.763.2000
Facsimile: 510.273.8832
sblitch@reedsmith.com
jbutler@reedsmith.com

John W. Rogers (appearance *pro hac vice*)
Elizabeth Teutenberg Ferrick (appearance *pro hac vice*)
BRYAN CAVE LLP
211 N. Broadway; Suite 3600
St. Louis, MO 63102

Telephone: 314.259.2000
Facsimile: 314.259.2020

Attorneys for Defendant and Cross-Defendant
DaimlerChrysler Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SMITH, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LITHIA DC, INC., a corporation, DAIMLERCHRYSLER CORPORATION, a corporation, and Does One through Twenty,<br><br>Defendants. | Case No. C06-07287 TEH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF STEPHEN SMITH AND DEFENDANT DAIMLERCHRYSLER CORPORATION**<br><br>Honorable Thelton E. Henderson |

IT IS HEREBY STIPULATED by and between Plaintiff Stephen Smith and Defendant DaimlerChrysler Corporation, now known as Chrysler LLC, through their designated counsel that all claims in the above-captioned action between and among the parties to this stipulation be and hereby

– 1 –

are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear its own attorney's fees and costs in this action.

DATED: February __, 2008.

CALIFORNIA LEMON LAWYERS

By_____
Scott R. Kaufman
Kevin Faulk

Attorneys for Plaintiff Stephen Smith

DATED: February 14, 2008.

REED SMITH LLP

By *(signature)* Julia C. Butler
Stephen G. Blitch
Julia C. Butler

BRYAN CAVE LLP
John W. Rogers (appearance *pro hac vice*)
Elizabeth Teutenberg Ferrick (appearance *pro hac vice*)

Attorneys for Defendant DaimlerChrysler Corporation, now known as Chrysler LLC

1  are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party
2  agrees to bear its own attorney's fees and costs in this action.

DATED: February 14, 2008.

CALIFORNIA LEMON LAWYERS

By_____
   Scott R. Kaufman
   Kevin Faulk

Attorneys for Plaintiff Stephen Smith

DATED: February __, 2008.

REED SMITH LLP

By_____
   Stephen G. Blitch
   Julia C. Butler

BRYAN CAVE LLP
John W. Rogers (appearance *pro hac vice*)
Elizabeth Teutenberg Ferrick (appearance *pro hac vice*)

Attorneys for Defendant DaimlerChrysler Corporation, now known as Chrysler LLC

**IT IS SO ORDERED**
Judge Thelton E. Henderson
02/25/08
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

–2–                                                        DOCSOAK-9900027.1

Stipulation of Dismissal with Prejudice Between Plaintiff Stephen Smith and Defendant DaimlerChrysler Corporation –
Case No. C06-07287 TEH