Stephen G. Blitch (SBN 70193)
Julia C. Butler (SBN 199133)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone: 510.763.2000
Facsimile: 510.273.8832
sblitch@reedsmith.com
jbutler@reedsmith.com

John W. Rogers (appearance *pro hac vice*)
Elizabeth Teutenberg Ferrick (appearance *pro hac vice*)
BRYAN CAVE LLP
211 N. Broadway; Suite 3600
St. Louis, MO 63102

Telephone: 314.259.2000
Facsimile: 314.259.2020

Attorneys for Defendant and Counter-Defendant
DaimlerChrysler Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SMITH, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LITHIA DC, INC., a corporation, DAIMLERCHRYSLER CORPORATION, a corporation, and Does One through Twenty,<br><br>Defendants. | Case No. C06-07287 TEH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN DEFENDANT AND COUNTER-DEFENDANT DAIMLERCHRYSLER CORPORATION AND COUNTERCLAIMANT LITHIA DC, INC.**<br><br>Honorable Thelton E. Henderson |

IT IS HEREBY STIPULATED by and between Defendant and Counter-Defendant DaimlerChrysler Corporation, now known as Chrysler LLC, and Counterclaimant Lithia DC, Inc. through their designated counsel that all claims and counterclaims in the above-captioned action

– 1 –
DOCSOAK-9900042.1
Stipulation of Dismissal with Prejudice Between Defendant and Counter-Defendant DaimlerChrysler Corporation and Counterclaimant Lithia DC, Inc.– Case No. C06-07287 TEH

between and among the parties to this stipulation be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear its own attorney's fees and costs in this action.

DATED: February __, 2008.

BASSI MARTINI EDLIN & BLUM LLP

By_____
Joseph B. Adams

Attorneys for Counterclaimant Lithia DC, Inc.

DATED: February 14, 2008.

REED SMITH LLP

By _/s/ Julia C. Butler_____
Stephen G. Blitch
Julia C. Butler

BRYAN CAVE LLP
John W. Rogers (appearance *pro hac vice*)
Elizabeth Teutenberg Ferrick (appearance *pro hac vice*)

Attorneys for Defendant DaimlerChrysler Corporation, now known as Chrysler LLC

between and among the parties to this stipulation be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear its own attorney's fees and costs in this action.

DATED: February 1⁄4, 2008.

        BASSI MARTINI EDLIN & BLUM LLP

        By_____
          Joseph B. Adams

        Attorneys for Counterclaimant Lithia DC, Inc.

DATED: February __, 2008.

        REED SMITH LLP

        By_____
          Stephen G. Blitch
          Julia C. Butler

        BRYAN CAVE LLP
        John W. Rogers (appearance *pro hac vice*)
        Elizabeth Teutenberg Ferrick (appearance *pro hac vice*)

        Attorneys for Defendant DaimlerChrysler Corporation, now known as Chrysler LLC



IT IS SO ORDERED
Judge Thelton E. Henderson
02/25/08
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

– 2 –

Stipulation of Dismissal with Prejudice Between Defendant and Counter-Defendant DaimlerChrysler Corporation and Counterclaimant Lithia DC, Inc.– Case No. C06-07287 TEH